UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| C & G TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:09-cv-56- SEB-WGH |
| vs. | ) | |
| | ) | |
| SOUTHERN MEDICAL IMAGING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

The Honorable Sarah Evans Barker, Judge

Entry for December 3, 2009

This cause is hereby ASSIGNED for trial by jury on Monday, October 4, 2010, at 9:30 a.m. in Room 200 of the United States Courthouse in <u>New Albany</u>, Indiana and for final pretrial conference on Tuesday, September 21, 2010, at 2:00 p.m. in Room 216 of the United States Courthouse in <u>Indianapolis</u>, Indiana. **PLEASE NOTE THE INDIANAPOLIS LOCATION OF THE FINAL PRETRIAL CONFERENCE.**

In view of the Expense and Delay Reduction Plan adopted by this District to implement the Civil Justice Reform Act, no continuances of this date are anticipated, absent extraordinary circumstances.

Copies to:

David P. Allen
ALLEN ALLEN & BROWN
davidallen@allenlawyers.com

Jeffrey L. Hansford
BOEHL STOPHER & GRAVES, LLP
jhansford@bsg-in.com

1

Curtis Paul Moutardier
BOEHL STOPHER & GRAVES LLP
cmoutardier@bsg-in.com

Samuel Bradley Rhorer
RHORER LAW FIRM
bradr@rhorerlaw.com

Court Reporter