AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| C&G Technologies, Inc.<br>*Plaintiff*<br>v.<br>Southern Medical Imaging, LLC<br>*Defendant, Third-party plaintiff*<br>v.<br>Arnold Feldman, et al<br>*Third-party defendant* | )<br>)<br>) Civil Action No. 4:09-cv-0056 - SEB - WGH<br>)<br>)<br>)<br>)<br>) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*
Arnold Feldman
505 E. Airport Avenue
Baton Rouge, LA 70806

A lawsuit has been filed against defendant Southern Medical Imaging, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff C&G Technologies

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

S. Bradley Rhorer, 10566 Airline Highway, Baton Rouge, LA 70816

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Allen, #12 Public Square, P.O. Box 485, Salem, IN 47167

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:

FEB 1 8 2010

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No.    4:09-cv-0056 - SEB - WGH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Arnold Feldman
was received by me on *(date)* 3/2/10

☒ I personally served the summons on the individual at *(place)* 17740 West Lakeway, Baton Rouge on *(date)* 3/2/10    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____    ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 3/2/10

*Server's signature*

Jeffery Brown, Process Server
*Printed name and title*

BOMBET, CASHIO & ASSOCIATES
11220 North Harrell's Ferry Road
BATON ROUGE, LOUISIANA 70816-0801
(225) 275-0806 FAX (225) 272-0631

Additional information regarding attempted service, etc: