UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**Please Note Changes to Proposed Order**

**C & G TECHNOLOGIES, INC.,**

    **Plaintiff,**

    Civil Action No. 4:09-cv-0056-SEB-WGH

v.

**SOUTHERN MEDICAL IMAGING, LLC**

    **Defendant.**

_____

**ORDER ON
CONSENT MOTION TO CONTINUE SETTLEMENT CONFERENCE**
_____

    Before the Court is a motion by Southern Medical Imaging, LLC to continue the settlement conference scheduled for Friday, March 19, 2010.  Considering the reasons set forth in the motion, and considering that there is no opposition, the Court is of the opinion that the motion is well-founded and should be GRANTED.

    IT IS THEREFORE ORDERED THAT the settlement conference scheduled March 19, 2010, is continued until August 5, 2010, at 2:00 p.m. (EDT).

    Signed this 15th day of March, 2010.

                                            _____
                                            William G. Hussmann, Jr.
                                            United States Magistrate Judge
                                            Southern District of Indiana

Copies to:

**David P. Allen**
ALLEN ALLEN & BROWN
davidallen@allenlawyers.com,chriscarroll@allenlawyers.com,sharonlamb@allenlawyers.com

**Jeffrey L. Hansford**
BOEHL STOPHER & GRAVES, LLP
jhansford@bsg-in.com

**Curtis Paul Moutardier**
BOEHL STOPHER & GRAVES LLP
cmoutardier@bsg-in.com

**Samuel Bradley Rhorer**
RHORER LAW FIRM
bradr@rhorerlaw.com