U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
10 APR -6 PM 1: 28
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| C&G TECHNOLOGIES, INC., <br> Plaintiff, | ) CIVIL ACTION NO.: 4:09-CV-0056-SEB-WGH <br> ) <br> ) |
| Versus | ) <br> ) |
| SOUTHERN MEDICAL IMAGING, LLC <br> Defendant, Third-party plaintiff <br> Versus | ) <br> ) <br> ) <br> ) |
| Arnold Feldman, et al <br> Third-party defendants | ) <br> ) |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83.5(c), the undersigned counsel, Joel E. Cape of Frilot, L.L.C., respectfully moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of third-party defendants, Arnold Feldman, and Southwest Mississippi Anesthesia, P.A., d/b/a The Pain Treatment Center in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice in the following states and federal jurisdictions:

United Sates District Court for the Eastern District of Louisiana  August 25, 1999

United Sates District Court for the Middle District of Louisiana  October 29, 1999

252003-1

1

| | |
|---|---|
| United Sates District Court for the Western District of Louisiana | October 29, 1999 |
| United States Court of Appeals for the fifth Circuit | October 26, 1999 |
| Louisiana Supreme Court | April 23, 1999 |
| Oklahoma Supreme Court | September 25, 1997 |
| Arkansas Supreme Court | September 15, 1997 |

2. I am not currently the subject of any professional disciplinary sanction, proceeding or investigation in any jurisdiction.

3. I certify that I will abide by the Seventh Circuit Standards of Professional Conduct and, I agree to follow the Local Rules of the U.S. District Court for the Southern District of Indiana.

4. I have presented a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

5. I have associated with John Trimble and Robert Baker IV of the law firm Lewis Wagner LLP, 501 Indiana Avenue, Indianapolis, Indiana  46202-3199 as local counsel for this case.

WHEREFORE, the undersigned counsel respectfully requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Dated:

Respectfully submitted,

_____
JOEL E. CAPE (#26001)
3700 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3700
Telephone:  504.599.8000
Facsimile:  504.599.8100
E-mail:  jcape@frilot.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of Court on ~~March~~ April 6, 2010 and served upon the following counsel of record and/or *pro se* parties *via* United States Postal Service properly addressed and postage prepaid:

| | |
|---|---|
| David P. Allen<br>Allen, Allen & Brown<br>#12 Public Square<br>P.O. Box 485<br>Salem, IN  47167<br>davidallen@allenlawues.com | Curtis Paul Moutardier<br>Boehl Stopher & Graves, LLP<br>400 Pearl Street<br>Suite 204<br>New Albany, IN  47150<br>cmoutardier@bsg-in.com |
| Jeffrey L. Hansford<br>Boehl Stopher & Graves, LLP<br>400 Pearl Street<br>Suite 204<br>New Albany, IN  47150 | Samuel Bradley Rhorer<br>Rhorer Law Firm<br>10566 Airline Highway<br>Baton Rouge, LA  70816<br>bradr@rhorerlaw.com |

FRILOT, L.L.C.
1100 Poydras Street, 3700 Entergy Centre
New Orleans, Louisiana  70163
Phone:       504.599.8000
Facsimile:   504.599.8100

252003-1