UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| **C&G TECHNOLOGIES, INC.,** ) | CIVIL ACTION NO.: |
| ) | 4:09-CV-0056-SEB-WGH |
| **Plaintiff,** ) | |
| ) | |
| Versus ) | |
| ) | |
| **SOUTHERN MEDICAL IMAGING, LLC** ) | |
| **Defendant, Third-party plaintiff** ) | |
| ) | |
| Versus ) | |
| ) | |
| **ARNOLD FELDMAN, et al** ) | |
| **Third-party defendants** ) | |

## JOINT STIPULATION OF DISMISSAL

COMES NOW third party defendants/counter-plaintiffs Southwest Mississippi Anesthesia, P.A., Inc. and Arnold Feldman ("SWMA") through counsel of record, and COMES NOW third party plaintiff/defendant Southern Medical Imaging, LLC ("SMI") through counsel of record, and agree and stipulate that all claims asserted by SMI against SWMA be dismissed with prejudice. The parties further agree and stipulate that only those counterclaims asserted by SWMA against SMI also be dismissed with prejudice.

WHEREFORE, Southwest Mississippi Anesthesia, P.A., Inc. and Arnold Feldman and Southern Medical Imaging, LLC respect that the Joint Stipulation of Dismissal be entered into the record in the above captioned matter.

                                      Respectfully submitted,

                                      /s/     Garrett W. Thalgott
                                      Joel E. Cape (La. No. 26001)
                                      Garrett W. Thalgott (La. No. 30970)
                                      **FRILOT, LLC**
                                      1100 Poydras Street, Suite 3700

New Orleans, Louisiana 70163-3600
Telephone No.: (504) 599-8000
Facsimile No.: (504) 599-8100

And

John C. Trimble
Robert M. Baker
**LEWIS WAGNER, LLP**
501 Indiana Ave., Suite 200
Indianapolis, IN  46202
*Attorneys for Southwest Mississippi Anesthesia, P.A., Inc., et al..*

And

 /s/   Samuel Bradley Rhorer
Samuel Bradley Rhorer
RHORER LAW FIRM
10566 Airline Highway
Baton Rouge, LA  70816
bradr@rhorerlaw.com

And

Curtis Paul Moutardier
Jeffrey L. Hansford
BOEHL STOPHER & GRAVES, LLP
400 Pearl Street
Suite 204
New Albany, IN  47150
Telephone: (812) 948-5053
Fax: (812) 948-9233
cmoutardier@bsg-in.com
jhansford@bsg-in.com

## CERTIFICATE OF SERVICE

I, hereby certify that on June 3, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/  Garrett W. Thalgott
GARRETT W. THALGOTT